

## OFFICE OF THE ATTORNEY GENERAL OF TEXAS
### AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Wm. J. Lawson
Secretary of State
Austin, Texas

Dear Sir:

Opinion No. O-4098
Re: May a corporation in liquida-
tion prior to May 1st comply
and receive the benefits of
Article 7097, R.C.S., 1925?

We acknowledge receipt of your request for an
opinion of this Department on whether a corporation must go
into liquidation prior to January 1st to take advantage of
Article 7097, Revised Civil Statutes of 1925, or may it have
the benefits of said Article if it goes into liquidation
prior to May 1st.

Article 7084, Revised Civil Statutes, 1925, pro-
vides in part as follows:

"Except as herein provided, every . . . cor-
poration . . ., shall, on or before May 1st of
each year, pay in advance to the Secretary of State
a franchise tax for the following year. . ."

The franchise tax is a tax paid by corporations
for the privilege of doing business, and the Legislature pro-
vided that the tax shall be paid on or before May 1st for the
following year in advance. This means that the tax year in
so far as franchise taxes are concerned begins on May 1st and
ends on April 30th. While we know of no appellate court de-
cisions on this question, the above holding is borne out by
the fact that Article 7086, Revised Civil Statutes, 1925,
provides that new corporations and those obtaining permits
to do business in this State shall pay a tax from the date
of the charter or permit to and including April 30th. Our
decision is also substantiated by the fact that corporations

are required to pay the taxes in advance, and the paying date is May 1st. If the taxable period begins January 1st and the tax is not paid until May 1st, then there could not be a payment of the tax in _advance_.

Said Article 7097, supra, provides as follows:

"If a corporation is actually in process of liquidation, such corporation shall only be required to pay a franchise tax calculated upon the difference between the amount of stock actually issued and the amount of liquidating dividends actually paid upon such stock; provided, that the president and secretary of such corporation shall make affidavit as to the total amount of capital stock issued and as to the amount of liquidating dividends actually paid and that such corporation is in an actual bona fide state of liquidation."

In view of the fact that the tax is paid for the period beginning May 1st and ending April 30th, you are advised that corporations in liquidation prior to May 1st are entitled to the benefits of Article 7097, supra.

Trusting that the foregoing fully answers your inquiry, we are

Yours very truly

APPROVED OCT 20, 1941

ATTORNEY GENERAL OF TEXAS

FIRST ASSISTANT
ATTORNEY GENERAL

By

Richard H. Cooke
Assistant

RHC:N


APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN